# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

LENNOX WINSTON PINKS,  ) Case No. CV 12-1306 RGK (JCG)
          Petitioner,  )
          v.  ) **JUDGMENT**
C. GIPSON, Warden,  )
          Respondent.  )

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: March 28, 2012

_____
HON. R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE