# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LENNOX WINSTON PINKS,<br>                Petitioner,<br>     v.<br>C. GIPSON, Warden,<br>                Respondent. | Case No. CV 12-1306 RGK (JCG)<br><br>**JUDGMENT** |

    IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: March 28, 2012

*/s/ Gary Klausner*

_____
HON. R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE